UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ELVIS SINGH, <br><br> Defendant. | No. CR-02-00128-JLQ <br><br> ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |

The Defendant has again moved to have his sentence reduced pursuant to the amendment of the Sentencing Guidelines pertaining to crack cocaine. (C.R. 125).

As explained in this court's prior Order (C.R. 122) dated May 4, 2005 denying a similar motion, the Defendant's sentence was required by a United States statute, 21 U.S.C. § 841(b) which mandated the minimum sentence of ten years which was imposed in this matter. That statute has not changed. The Sentencing Guidelines did not affect the Defendant's sentence.

By reason of the foregoing, IT IS HEREBY ORDERED that the Motion For Reduction of Sentence must be and is hereby DENIED.

The Clerk of this court shall enter this Order and forward copies to the Defendant and counsel.

**DATED** this 30th day of April 2009.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1