PROB 12B
(7/93)

Report Date: April 3, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elvis Anthony Singh              Case Number: 2:02CR00128-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/15/2002              Type of Supervision: Supervised Release

Original Offense: Distribution of a Mixture or     Date Supervision Commenced: 3/30/2012
Substance Containing More Than 5 Grams of
Cocaine Base, 21 U.S.C. § 841(a)(1); Possession
With Intent to Distribute a Mixture or Substance
Containing More Than 40 Grams of Cocaine Base, 21
U.S.C. § 841(a)(1)

Original Sentence: Prison - 120 Months;            Date Supervision Expires: 3/29/2022
                   TSR - 120 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as
      directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued
      abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Elvis Singh was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Singh has agreed to the proposed modifications.

Prob 12B
Re: Singh, Elvis Anthony
April 3, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/03/2012

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

April 3, 2012
Date